# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| MARK PAUL THOMAS and | § | |
| ASHLEY MAE THOMAS | § | Case Number: 16-81275 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __March 30__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Gary Flanders
One Court Place Suite 201
Rockford, IL 61101

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342-5421 | PNC Bank, National Association<br>c/o Heavner, Beyers & Mihlar, LLC<br>PO Box 740<br>Decatur, IL 62525-0740 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Comcast<br>4450 Kishwaukee Street<br>Rockford, IL 61109-2944 | Commerce Bank<br>PO Box 411036<br>Kansas City, MO 64141-1036 | Commonwealth Edison<br>3 Lincoln Center 4th Floor<br>Attention: Bankruptcy Section<br>Oak Brook Terrace, IL 60181-4204 |
| Gallina Management<br>101 E. Main Street<br>Mount Horeb, WI 53572-3305 | Health First Wellness Center<br>7264 Argus Dr.<br>Rockford, IL 61107-5837 | AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING, TX 75016-8088 |
| Hyundai Leasing / Kia Motors Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Infinity Health Care<br>P.O. Box 078894<br>Milwaukee, WI 53278-8894 | Keller Williams Realty<br>7177 Crimson Ridge Dr. #7<br>Rockford, IL 61107-6235 |
| (U) Lightstream / Sun Trust Bank<br>303 Peachtree St. NE, 36th Floor<br>Atlanta, GA 30308-3201 | NiCor<br>Attn: Bankruptcy Dept.<br>1844 Ferry Road<br>Naperville, IL 60563-9600 | PNC<br>PO Box 1366<br>Pittsburgh, PA 15230-1366 |
| PNC<br>PO Box 8807<br>Dayton, OH 45401-8807 | PNC Bank, NA<br>PO Box 3429<br>Pittsburgh, PA 15230-3429 | Paul Thomas<br>7065 Forest Glen Dr. #P<br>Rockford, IL 61114-8028 |
| Swedish American Hospital<br>P.O. Box 310283<br>Des Moines, IA 50331-0283 | Ashley Mae Thomas<br>8511 Greenway Blvd. Apt. 102<br>Middleton, WI 53562-3527 | Mark Paul Thomas<br>8511 Greenway Blvd. Apt. 102<br>Middleton, WI 53562-3527 |
| Direct TV<br>PO Box 6550<br>Greenwood Village, CO 80155 | Honda<br>P.O. Box 60001<br>City of Industry, CA 91716 | Ms. Amy Greenstein<br>Fidelity National Law Group<br>10 South LaSalle Suite 2750<br>Chicago, IL 60603 |