# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: THOMAS, MARK PAUL § Case No. 16-81275
THOMAS, ASHLEY MAE §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,670.00 *(without deducting any secured claims)* | Assets Exempt: $33,670.00 |
| Total Distribution to Claimants: $15,174.16 | Claims Discharged Without Payment: $40,163.23 |
| Total Expenses of Administration: $6,825.84 | |

3) Total gross receipts of $ 22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 16-81275   Doc 42   Filed 06/29/17   Entered 06/29/17 14:34:27   Desc Main
Document      Page 2 of 8

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $123,682.69 | $123,682.69 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 6,825.84 | 6,825.84 | 6,825.84 | 6,825.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 55,337.39 | 55,337.39 | 15,174.16 |
| **TOTAL DISBURSEMENTS** | $6,825.84 | $185,845.92 | $185,845.92 | $22,000.00 |

4) This case was originally filed under Chapter 7 on May 24, 2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017            By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4353 Shorewood Dr., Rockford, IL 61101-0000, Win | 1110-000 | 22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | PNC Bank, National Association | 4110-000 | N/A | 123,682.69 | 123,682.69 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$123,682.69** | **$123,682.69** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,950.00 | 2,950.00 | 2,950.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 74.84 | 74.84 | 74.84 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 3,451.00 | 3,451.00 | 3,451.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,825.84** | **$6,825.84** | **$6,825.84** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | N/A | 9,955.34 | 9,955.34 | 2,729.87 |
| 2 | SunTrust Bank | 7100-000 | N/A | 19,901.89 | 19,901.89 | 5,457.33 |
| 3 | PNC BANK N.A. | 7100-000 | N/A | 7,646.20 | 7,646.20 | 2,096.68 |
| 4 | PNC BANK N.A. | 7100-000 | N/A | 6,006.60 | 6,006.60 | 1,647.08 |
| 5 | Directv, LLC | 7100-000 | N/A | 176.20 | 176.20 | 48.32 |
| 6 | Hyundai Lease Titling Trust | 7100-000 | N/A | 11,651.16 | 11,651.16 | 3,194.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $55,337.39 | $55,337.39 | $15,174.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81275  
**Case Name:** THOMAS, MARK PAUL  
  THOMAS, ASHLEY MAE  
**Period Ending:** 06/15/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/24/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 09/29/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4353 Shorewood Dr., Rockford, IL 61101-0000, Win | 100,000.00 | 0.00 | | 22,000.00 | FA |
| 2 | checking: UW Credit Union | 500.00 | 0.00 | | 0.00 | FA |
| 3 | savings: UW Credit Union | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | savings: CEFCU | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2 beds, table, 3 dressers, 2 sofas, washer, drye | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 3 TVs, DVD player, computer, 100 DVDs, with esti | 250.00 | 0.00 | | 0.00 | FA |
| 7 | hand and power tools, with estimated retail valu | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Lawnmower and snowblower, with estimated retail | 75.00 | 0.00 | | 0.00 | FA |
| 9 | Debtors' clothing, with estimated retail value o | 200.00 | 0.00 | | 0.00 | FA |
| 10 | jewelry, with estimated retail value of $200 | 100.00 | 0.00 | | 0.00 | FA |
| 11 | camera, with estimated retail value of $40 | 20.00 | 0.00 | | 0.00 | FA |
| 12 | golf clubs, with estimated retail value of $100 | 50.00 | 0.00 | | 0.00 | FA |
| 13 | fishing gear, with estimated retail value of $50 | 25.00 | 0.00 | | 0.00 | FA |
| 14 | 2 bicycles, with estimated retail value of $100 | 50.00 | 0.00 | | 0.00 | FA |
| 15 | firearm, with estimated retail value of $ 400 | 200.00 | 0.00 | | 0.00 | FA |
| 16 | Int. in Ins. policies: Life insurance with death | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Lease of two 2015 Hyundai Optimas. Entire proper | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Lease of 2016 Honda CRV. Entire property value: | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Lease of 2016 Honda Civic. Entire property value | 0.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets  Totals** (Excluding unknown values) | **$103,670.00** | **$0.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   The Trustee believes he can avoid the first mortgage on the Debtors' residence on Shorewood Drive in Rockford, Illinois. An Adversary Complaint (16-96065) has been filed. The time frame for the Defendant to respond has not yet occurred but the Trustee believes a settlement should be reached relatively quickly and envisions on or before the end of 2017.

Printed: 06/15/2017 12:49 PM   V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-81275　　　　　　　　　　　　　　　**Trustee:**　　(330400)　　JOSEPH D. OLSEN
**Case Name:**　THOMAS, MARK PAUL　　　　　　　　　　**Filed (f) or Converted (c):**　05/24/16 (f)
　　　　　　　　THOMAS, ASHLEY MAE　　　　　　　　　　**§341(a) Meeting Date:**　　06/23/16
**Period Ending:** 06/15/17　　　　　　　　　　　　　　**Claims Bar Date:**　　09/29/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　　March 30, 2017  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-81275  
**Case Name:** THOMAS, MARK PAUL  
THOMAS, ASHLEY MAE  
**Taxpayer ID #:** **-***1602  
**Period Ending:** 06/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8766 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/17 | {1} | Chicago Title Insurance Company | offer in compromise per court order 03/20/2017 | 1110-000 | 22,000.00 | | 22,000.00 |
| 04/24/17 | 101 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 21,650.00 |
| 04/24/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $74.84, Trustee Expenses;  Reference: | 2200-000 | | 74.84 | 21,575.16 |
| 04/24/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $3,451.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,451.00 | 18,124.16 |
| 04/24/17 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,950.00, Trustee Compensation;  Reference: | 2100-000 | | 2,950.00 | 15,174.16 |
| 04/24/17 | 105 | PNC Bank, National Association | Dividend paid  12.26% on $123,682.69; Claim# 7; Filed: $123,682.69; Reference: Voided on 04/24/17 | 4110-004 | | 15,174.16 | 0.00 |
| 04/24/17 | 105 | PNC Bank, National Association | Dividend paid  12.26% on $123,682.69; Claim# 7; Filed: $123,682.69; Reference: Voided: check issued on 04/24/17 | 4110-004 | | -15,174.16 | 15,174.16 |
| 04/24/17 | 106 | Commerce Bank | | 7100-000 | | 2,729.87 | 12,444.29 |
| 04/24/17 | 107 | SunTrust Bank | | 7100-000 | | 5,457.33 | 6,986.96 |
| 04/24/17 | 108 | PNC BANK N.A. | | 7100-000 | | 2,096.68 | 4,890.28 |
| 04/24/17 | 109 | PNC BANK N.A. | | 7100-000 | | 1,647.08 | 3,243.20 |
| 04/24/17 | 110 | Directv, LLC | | 7100-000 | | 48.32 | 3,194.88 |
| 04/24/17 | 111 | Hyundai Lease Titling Trust | | 7100-000 | | 3,194.88 | 0.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.91 | -28.91 |
| 05/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -28.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **22,000.00** | **22,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **22,000.00** | **22,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.00** | **$22,000.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-81275 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | THOMAS, MARK PAUL | | Bank Name: | Rabobank, N.A. |
| | THOMAS, ASHLEY MAE | | Account: | ******8766 - Checking Account |
| Taxpayer ID #: | **-***1602 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/15/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 22,000.00 | | | | | |
| | | Net Estate : $22,000.00 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******8766 | 22,000.00 | 22,000.00 | 0.00 |
| | $22,000.00 | $22,000.00 | $0.00 |